Oscar J. Brown, Respondent, *v.* New York State Tax Commission, Appellant.

Argued June 2, 1952; decided July 15, 1952.

*Nathaniel L. Goldstein, Attorney-General (John C. Crary, Jr., and Wendell P. Brown* of counsel), for appellant.

*Oscar J. Brown,* respondent in person.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.